# Exhibit 2

Charted Claims:

Method Claims:1

| US8471812B2 | CamFind mobile application ("Accused Product") |
|---|---|
| 1. A method for identifying an object, the method comprising: | The accused product practices a method for identifying (e.g., detecting and searching similar products) an object (e.g., coffee mug, bedsheet, pillow, etc.).<br><br>As shown below, the accused product, when enabled on a user's smartphone, is used to detect, and identify objects such as apparel, shoes, etc. in an image. The image is scanned via the smartphone's camera. The accused product identifies different objects in the image by using layers of CloudSight Vision Generative AI. Once the objects are identified, similar products are searched. A list of these products is then presented to the user to view and buy.<br><br><br><br>https://play.google.com/store/apps/details?id=com.msearcher.camfind |



https://cloudsight.ai/

https://camfindapp.com/



https://camfindapp.com/

https://cloudsight.ai/



https://camfindapp.com/



https://camfindapp.com/



https://camfindapp.com/



https://apps.apple.com/us/app/camfind/id595857716

| (a) providing a pointing and identification device for pointing at the object, | The accused product practices providing a pointing and identification device (e.g., smartphone with accused product enabled on it) for pointing at the object (e.g., coffee mug, bedsheet, pillow, etc.). <br><br> As shown below, the accused product is enabled on a user's smartphone. The smartphone is then used to point-to and scan objects for identification by the accused product. The user scans a new object image. This image is used by the accused product to search across web to identify and present similar products to the user. |
| --- | --- |



https://camfindapp.com/



https://camfindapp.com/



**Search for Similar Products**

Browse web and local shopping results to find similar products.

https://camfindapp.com/

 **CamFind**                    HOME        CLOUDSIGHT API        CONTACT US

## 4. How we store your information

Store and Processing:

1) The images sent through the Service are stored indefinitely.

2) Your information collected through the Service may be stored and processed in the United States or any other country in which CloudSight, a company in the same group of companies as CloudSight, or Service Providers maintain facilities.

https://camfindapp.com/privacy-policy.html



https://apps.apple.com/us/app/camfind/id595857716

| the pointing and identification device comprising: at least one actuation means for actuation by the user when the user points the pointing and identification device at the object; | The accused product comprises the pointing and identification device (e.g., smartphone with accused product enabled on it) comprising: at least one actuation means (e.g., snap button to capture and search for an object) for actuation by the user (e.g., click by the user) when the user points the pointing and identification device (e.g., smartphone with accused product enabled on it) at the object (e.g., coffee mug, bedsheet, pillow, etc.).<br><br>As shown below, when a user points a smartphone (with accused product installed on it), at an object (such as a coffee mug, etc.), and clicks on a snap button, an image of the pointed-at object is clicked. The object is then identified by the accused product (by using CloudSight Vision Generative AI) and searched across web. Similar products are then identified and presented to the user. |
|---|---|



https://camfindapp.com/



https://camfindapp.com/



https://camfindapp.com/

https://cloudsight.ai/

 CamFind

HOME    CLOUDSIGHT API    CONTACT US

## 4. How we store your information

Store and Processing:

1) The images sent through the Service are stored indefinitely.

2) Your information collected through the Service may be stored and processed in the United States or any other country in which CloudSight, a company in the same group of companies as CloudSight, or Service Providers maintain facilities.

https://camfindapp.com/privacy-policy.html



list of likely pointed-to objects

https://apps.apple.com/us/app/camfind/id595857716



https://camfindapp.com/

| | |
|---|---|
| a digital camera for forming a digital image of the object or of a portion of the object when the user points the pointing and identification device at the object and actuates the at least one actuation means; | The accused product comprises a digital camera (e.g., camera of the smartphone with accused product enabled on it) for forming a digital image (e.g., image captured by the camera) of the object (e.g., coffee mug, bedsheet, pillow, etc.) or of a portion of the object when the user points the pointing and identification device (e.g., smartphone with accused product enabled on it) at the object (e.g., coffee mug, bedsheet, pillow, etc.) and actuates the at least one actuation means (e.g., snap button to capture and search for an object).<br><br>As shown below, when a user points a smartphone (with accused product installed on it), at an object (such as a coffee mug, bedsheet, pillow, etc.), and clicks on a search button, an image of the pointed-at object is clicked. The object is then identified by the accused application (by using CloudSight Vision Generative AI) and searched across web. Similar products are then identified and presented to the user. |



https://camfindapp.com/



https://camfindapp.com/



https://camfindapp.com/

https://cloudsight.ai/



https://camfindapp.com/



https://apps.apple.com/us/app/camfind/id595857716

| | |
|---|---|
| | <br><br>https://camfindapp.com/ |
| and | The accused product comprises a communication device (e.g., wireless communication |

| a communication device for communicating the digital image to a different location when the user actuates the at least one actuation means; | module and associated processor of the smartphone) for communicating the digital image (e.g., image captured by the camera) to a different location (e.g., CamFind's server) when the user actuates the at least one actuation means (e.g., snap button to capture and search for an object). |
|---|---|
| | As shown below, the accused product is enabled on a user's smartphone. The smartphone is then used to point-to and scan objects for identification by the accused product. The user scans a new object image. This image is searched by the accused product across CamFind's server (e.g., different location), to identify and present similar products to the user. |



https://camfindapp.com/



https://camfindapp.com/

<table>
<tr>
<td></td>
<td>



[https://camfindapp.com/privacy-policy.html](https://camfindapp.com/privacy-policy.html)

</td>
</tr>
<tr>
<td>(b) communicating the digital image to the different location;</td>
<td>

The accused product practices communicating the digital image (e.g., image captured by the camera) to the different location (e.g., CamFind server).

As shown below, when a user uses the accused product, installed on the user's smartphone, and searches for a product by scanning a new object, a digital image is taken. This image is then used by the accused product to search across CamFind server (e.g., different location). Similar products are then identified and presented to the user.

</td>
</tr>
</table>



https://camfindapp.com/



**4. How we store your information**

Store and Processing:

1) The images sent through the Service are stored indefinitely.

2) Your information collected through the Service may be stored and processed in the United States or any other country in which CloudSight, a company in the same group of companies as CloudSight, or Service Providers maintain facilities.

https://camfindapp.com/privacy-policy.html

| | |
|---|---|
| (c) automatically identifying a list of likely pointed-to objects from the digital image at the different location to return the list of likely pointed-to objects; and | The accused product practices automatically identifying a list of likely pointed-to objects (e.g., objects similar to the objects identified in an image) from the digital image (e.g., image captured by the camera) at the different location (e.g., CamFind's server) to return the list of likely pointed-to objects (e.g., objects similar to the objects identified in an image).<br><br>As shown below, when a user uses the accused product, installed on the user's smartphone, and searches for a product by scanning a new object, a digital image of object is taken. This image is analysed using CloudSight Vision Generative AI to identify the object in the image. The object is then searched by the accused product across CamFind's server (e.g., different location). Products similar to the object in the image are identified and presented to the user. The user can thereafter view and buy these products. |



https://camfindapp.com/



https://camfindapp.com/



https://camfindapp.com/

https://cloudsight.ai/



list of likely pointed-to objects

https://apps.apple.com/us/app/camfind/id595857716

 CamFind                              HOME        CLOUDSIGHT API        CONTACT US

## 4. How we store your information

Store and Processing:

1) The images sent through the Service are stored indefinitely.

2) Your information collected through the Service may be stored and processed in the United States or any other country in which CloudSight, a company in the same group of companies as CloudSight, or Service Providers maintain facilities.

https://camfindapp.com/privacy-policy.html

| (d) returning the list of likely pointed-to objects to the user to select one of the likely pointed-to objects; | The accused product practices returning the list of likely pointed-to objects (e.g., objects similar to the objects identified in an image) to the user to select (e.g., click to view and buy) one of the likely pointed-to objects (e.g., objects similar to the objects identified in an image).<br><br>As shown below, when a user uses the accused product, installed on the user's smartphone, and searches for a product, by scanning a new object, a digital image of object is taken. This image is analysed using CloudSight Vision Generative AI to identify the object in the image. The object is then searched by the accused product across web. Products similar to the object in the image, are identified and presented to the user. The user can thereafter view and buy these products.<br><br><br><br>https://apps.apple.com/us/app/camfind/id595857716 |



https://cloudsight.ai/

https://camfindapp.com/

| | |
|---|---|
| wherein the object is at least one of a spot | The accused product practices - wherein the object (e.g., coffee mug, bedsheet, pillow, etc.) is at least one of a spot on a displayed image on a display, a subarea of a space on the |

| on a displayed image on a display, a subarea of a space on the displayed image on the display, one of a plurality of objects in the displayed image on the display, an object in space, or near an object in space, a subarea of a surface in space, or one of a plurality of objects in space | displayed image on the display, one of a plurality of objects (e.g., one of the multiple objects in an image) in the displayed image (e.g., image captured using smartphone camera) on the display (e.g., smartphone display), an object in space, or near an object in space, a subarea of a surface in space, or one of a plurality of objects in space.

As shown below, the accused product, when enabled on a user's smartphone, is used to detect and identify objects such as a coffee mug, bedsheet, pillow, etc. in an image. When a user uses the accused product, an image of surroundings can be taken using the smartphone's camera. This digital image is then analysed by the accused product (by using CloudSight Vision Generative AI) to identify objects. Among multiple objects (e.g., coffee mug, bedsheet, pillow, etc.) identified in the image, the user can select to search for a specific object (e.g., coffee mug). Products similar to the selected object are then searched across web. These products are then presented to the user to view and buy. |



https://camfindapp.com/



https://camfindapp.com/



https://camfindapp.com/

https://cloudsight.ai/



list of likely pointed-to objects

https://apps.apple.com/us/app/camfind/id595857716



https://cloudsight.ai/